IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

USAA Casualty Insurance Company a/s/o Debra Linn,
    Plaintiff(s),

v.    Case No. 3:24-cv-00964

Uponor, Inc.,
    Defendant(s).

## BUSINESS ENTITY DISCLOSURE
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Uponor, Inc.

makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

[ ] This party is an individual, who resides in _____.

[ ] This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

[X] This party is a privately held corporation, incorporated in __Illinois__ and with a principal place of business in __Minnesota__.

[X] This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

[ ] Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: August 7, 2024    Signature: /s/ M. Andrew Pippenger

    Printed Name: M. Andrew Pippenger, BPR 018183

    Title: Attorneys for Uponor, Inc.

## ATTACHMENT TO BUSINESS ENTITY DISCLOSURE FORM

Uponor, Inc. is a subsidiary of Uponor North America, Inc.

Uponor North America, Inc. is a subsidiary of Uponor, NA Holding, Inc.

Uponor NA Holding, Inc. is a subsidiary of Uponor Corp.


## CERTIFICATE OF SERVICE

    I, the undersigned attorney, do hereby certify that on August 8, 2024 the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF filing system which automatically sends email notifications of such filing to the following attorneys of record:

Joseph B. Baker, TN BPR 28046
McDonald Kuhn, PLLC
5400 Poplar Avenue, Suite 330
Memphis, TN 38119
(901) 526-0606
jbaker@mckuhn.com

*Attorneys for Plaintiffs*

                                              /s/ M. Andrew Pippenger
                                                M. Andrew Pippenger