Plaintiff's Unopposed Motion for Second Extension of Time To Respond to Defendant's Motion to Compel Arbitration or, Alternatively, to Dismiss Plaintiff's First Amended Complaint is hereby GRANTED. Plaintiff may file their response on or before October 8, 2024.

*Eli Richardson*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

---

**USAA CASUALTY INSURANCE COMPANY
a/s/o DEBRA LINN,**

      **Plaintiff,**                    **No. 3:24-cv-00964**

**v.**

**UPONOR, INC.,**

      **Defendant.**

---

### PLAINTIFF'S UNOPPPOSED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

---

COMES NOW the Plaintiff USAA Casualty Insurance Company (hereinafter also referred to as "USAA") as subrogee of Debra Linn (hereinafter also referred to as "Ms. Linn"), by and through counsel, and hereby moves this Honorable Court pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure for a Second Extension of Time to Respond to Defendant Uponor, Inc.'s Motion to Compel Arbitration or, Alternatively, to Dismiss Plaintiff's First Amended Complaint. In support of same, USAA relies upon its contemporaneously filed Memorandum of Law.

As set forth more particularly in the supporting Memorandum of Law, Defendant Uponor, Inc. (hereinafter also referred to as "Uponor") filed its Motion on August 13, 2024. With the Motion, Uponor seeks to compel arbitration pursuant to the Federal Arbitration Act or, alternatively, to dismiss USAA's First Amended Complaint for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support, Uponor relies upon the Declaration of Stacey Beissel and presents matters outside the pleadings in the form of an alleged

1