**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

| | |
|---|---|
| **USAA CASUALTY INSURANCE COMPANY** )<br>**a/s/o DEBRA LINN** )<br> )<br>**v.** )<br> )<br>**UPONOR, INC.** ) | **Case No. 3:24-cv-00964**<br>**Judge Richardson**<br>**Magistrate Judge Holmes** |

### O R D E R

On October 17, 2024, Plaintiff filed a notice of settlement, which states that the parties "have reached a settlement agreement to resolve the disputes at issue" in this case. (Docket No. 14 at 1.) The notice further states that the parties anticipate filing a joint stipulation of dismissal within 30 days from October 17, 2024. (*Id*.) Accordingly, by no later than **November 18, 2024**, the parties must file either a (i) joint stipulation or joint motion and agreed order of dismissal or (ii) joint report on the status of the parties' settlement. The parties are cautioned that failure to comply with this deadline may result in any of the remedies authorized by Fed. R. Civ. P. 16(f).

Further, given the parties' settlement, the Clerk is **DIRECTED** to terminate as moot Defendant's motion to compel arbitration or for dismissal (Docket No. 7) and Plaintiff's third motion for an extension of time to respond (Docket No. 13), both without prejudice to refiling should the parties' anticipated settlement not proceed.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge