**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **USAA CASUALTY INSURANCE** | ) | |
| **a/s/o DEBRA LYNN** | ) | |
| | ) | **Case No. 3:24-cv-00964** |
| **v.** | ) | **Judge Richardson** |
| | ) | **Magistrate Judge Holmes** |
| **UPONOR, INC.** | ) | |

**O R D E R**

Given the parties' settlement of this case, *see* Docket Nos. 14 and 15, the initial case management conference presently scheduled for November 19, 2024, is **CANCELLED**. **The parties are cautioned that, if the anticipated settlement is disrupted for any reason, it is their responsibility to promptly move to reset the initial case management conference.**

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge